UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No: 2:11-cr-39-FtM-38CM

EMILIA SANTOS RAMIREZ,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Defendant Emilia Santos Ramirez's Motion to Suspend Period of Ineligibility of Federal Benefits Pursuant to Title 21 USC Section 862(c) (Doc. #45) field on September 2, 2014. The Government filed a Response to Defendant's Motion (Doc. #47) on September 17, 2014. Thus, this matter is ripe for review.

On June 29, 2011, the Court accepted Defendant's plea of guilty to possessing with the intent to distribute more than 500 grams of cocaine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii) and 18 U.S.C. § 2. (Doc. #35; Doc. #28). The Court then sentenced Defendant to eighteen (18) months imprisonment and three years of supervised released. (Doc. #40 at 2-3). Since this was her first drug distribution

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

conviction, the Court also ordered her ineligible for all federal benefits for five (5) years. (Doc. #40 at 7).

On February 27, 2013, Defendant was released from custody and began her term of supervised release.  She has since completed a twelve-week drug treatment program. (Doc. #45 at 13-15; Doc. #47 at ¶ 7).  Defendant has also arranged to attend college; however, she needs federal student loans, grants, or aid to attend.  (Doc. #45 at 2).  Since she cannot receive federal assistance because of her drug conviction, she now moves the Court to suspend the ineligibility period.  (Doc. #45).

Under 21 U.S.C. § 862(b) "any individual who is convicted of any Federal or State offense involving possessing of a controlled substance . . . shall upon the first conviction for such an offense and at the discretion of the court – be ineligible for any or all Federal benefits for up to one year."  21 U.S.C. § 862(b); see also United States v. Williams, 541 F.3d 1087, 1091 (11th Cir. 2008) (concluding "possession of a controlled substance with intent to distribute is a possession offense under 21 U.S.C. § 862(b), as opposed to a trafficking offense under 21 U.S.C. § 862(a)").  The term "Federal benefit" includes the issuance of any loan provided by a federal agency or appropriated by federal funds.  See 21 U.S.C. § 862(d).  The period of ineligibility referred to § 862(b), however, is suspended if the defendant completes a supervised drug rehabilitation program after becoming ineligible.  See 21 U.S.C. § 862(c).

Here, Defendant has successfully completed a drug rehabilitation program and the Government does not object to the Court suspending her ineligibility.  (Doc. #45 at 2, 13-15; Doc. #47 at 4).  Moreover, the Court finds compelling the letters written by Defendant, her previous employers, and her cousin-in-law.  (Doc. #45 at 8-12).  In Defendant's letter,

she takes full responsibility for her actions and sets forth the reasons why she seeks to improve her life through higher education. ([Doc. #45 at 5-7](Doc. #45 at 5-7)).

After carefully reviewing Defendant's Motion ([Doc. #45](Doc. #45)) and the record in this case, the Court finds Defendant is qualified for a suspension of ineligibility. As such, the Court will suspend her ineligibility period for federal benefits so that she may apply for federal financial aid to attend college.

Accordingly, it is now

**ORDERED:**

Defendant Emilia Santos Ramirez's Motion to Suspend Period of Ineligibility of Federal Benefits Pursuant to Title 21 USC Section 862(c) ([Doc. #45](Doc. #45)) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of September, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record