UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:11-cr-39-FtM-38CM

EMILIA SANTOS RAMIREZ
_____

**ORDER**

This matter comes before the Court on the Unopposed Motion to Modify (Terminate) Supervised Release Pursuant to FRCrP 32.1 and Title 18 U.S.C. § 3583(e)(1) (Doc. #51) filed on March 16, 2015.  Defense Counsel moves the Court for early termination of the Defendant's term of supervised release.  As grounds, Counsel indicates that since her release from custody on February 27, 2013, the Defendant has complied with the terms and conditions of her supervised release.  Further supervision is not necessary to protect the public from further crimes or the seriousness of the offense.  Defendant has completed eighteen (18) months of incarceration and over two (2) years of supervised release.  Probation officer Audrey Martin, AUSA Yolande Viacava and Jesus Casas do not oppose this request.

Accordingly, it is now **ORDERED:**

The Unopposed Motion to Modify (Terminate) Supervised Release Pursuant to FRCrP 32.1 and Title 18 U.S.C. § 3583(e)(1) (Doc. 51) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this 18th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record